UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Michael A. Hammer |
| v. | : | Mag. No. 14-4143 |
| GOMIDAS GARABED HARTOUNIAN | : | ORDER FOR CONTINUANCE |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Shana W. Chen, Assistant U.S. Attorney, appearing), and defendant Gomidas Garabed Hartounian, Douglas A. Stevinson, Esq. appearing), for an order granting a continuance of the proceedings in the above-captioned matter for a period of approximately 60 days to permit defense counsel the reasonable time necessary for effective preparation in this matter and to allow the parties to conduct plea negotiations and attempt to finalize a plea agreement, and the defendant being aware that the defendant has the right to have the matter submitted to a grand jury within thirty days of the date of the defendant's arrest, pursuant to Title 18, United States Code, Section 3161(b), and the defendant having consented to the continuance and waived such right, and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to

negotiate a plea agreement, which would render any grand jury proceedings and any subsequent trial of this matter unnecessary;

(2) As a result of the foregoing, pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this 28th day of January 2015,

ORDERED that this action be, and hereby is, continued for the period from January 30, 2015 to March 30, 2015; and it is further

ORDERED that the period from January 30, 2015 through March 30, 2015 shall be excludable in computing time under the Speedy Trial Act of 1974.

HONORABLE MICHAEL A. HAMMER
United States Magistrate Judge

2

Form and entry
consented to:

_____
DOUGLAS A. STEVINSON, ESQ.
Counsel for Gomidas Garabed Hartounian

_____
SHANA W. CHEN
Assistant U.S. Attorney

_____
SCOTT MCBRIDE
Deputy Chief, Economic Crimes Unit

3